JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

GAMLET MURADIAN,

Petitioner,

v.

FERETI SEMAIA, ETC., ET AL.,

Respondents.

No. ED CV 26-4604-E

JUDGMENT

Pursuant to the "Order for Entry of Judgment," it is adjudged that the Petition is denied and dismissed without prejudice.

DATED: August 25, 2026.

CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE